UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINTON MCNEAL,<br><br>    Plaintiff,<br><br>v.<br><br>CHEVRON U.S.A. INC., et al.,<br><br>    Defendants. | Case No.18-cv-00126-HSG<br><br>**ORDER DIRECTING DEFENDANTS TO FILE OPPOSITION (OR STATEMENT OF NON-OPPOSITION) TO PLAINTIFF'S MOTION TO REMAND**<br><br>Re: Dkt. No. 11 |

Plaintiff filed a motion to remand on January 16, 2018. Dkt. No. 11. Responses to the motion were due on January 30, 2018. No opposition has been filed.

Accordingly, Defendants are **DIRECTED** to file any opposition to Plaintiff's motion (or a statement of non-opposition) by February 23, 2018 at 5:00 p.m.[1]

**IT IS SO ORDERED.**

Dated: 2/21/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] The Court originally issued this order as a text order on February 20, 2018. *See* Dkt. No. 16. The Court enters this order for the purposes of providing Plaintiff, who is proceeding pro se, with a mailed copy.