UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINTON MCNEAL, <br> Plaintiff, <br> v. <br> CHEVRON U.S.A. INC., et al., <br> Defendants. | Case No.18-cv-00126-HSG <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** <br><br> Re: Dkt. No. 11 |

Pending before the Court is Plaintiff Linton McNeal's motion to remand. Dkt. No. 11.

On November 13, 2017, Plaintiff filed a complaint in state court, asserting multiple causes of action against four defendants: Transfield Services; United Rentals (North America), Inc. ("United Rentals"); Chevron U.S.A. Inc. ("Chevron"); and United Steelworkers Local 1945 ("Local 1945"). *See* Dkt. No. 1-1. On January 5, 2018, Local 1945 filed a notice of removal. Dkt. No. 1. On January 16, 2018, Plaintiff filed this motion to remand. Dkt. No. 11. That same day, Plaintiff filed a notice of voluntary dismissal as to Local 1945. Dkt. No. 12.

//
//
//
//
//
//
//
//
//

Subsequently, both United Rentals and Chevron filed statements of non-opposition to Plaintiff's remand motion. *See* Dkt. Nos. 18, 20. The remaining defendant, Transfield Services, has not entered an appearance in this case. Accordingly, Plaintiff's unopposed remand motion is **GRANTED**. The clerk is directed to remand the case forthwith to Contra Costa County Superior Court and close the case.

**IT IS SO ORDERED.**

Dated: 2/26/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge